JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN STIESS d/b/a POWERSPORTS.COM, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> INTERWORLD COMMUNICATIONS, INC., a California corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 07-07513 MMM (JWJx) <br><br> JUDGMENT FOR DEFENDANT |
| INTERWORLD COMMUNICATIONS, INC., a California corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> URBAN STIESS, an individual, <br><br> Counterdefendant. | |

On December 26, 2008, the court granted defendant Interworld Communications, Inc.'s motion for summary judgment on both claims asserted in plaintiff Urban Stiess's complaint, and

declined to exercise its jurisdiction to decide Interworld Communication's counterclaims. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Urban Stiess take nothing by way of his complaint against defendant Interworld; and
2. That the action be, and it hereby is, dismissed.

DATED: December 26, 2008

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE