UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN STIESS d/b/a POWERSPORTS.COM, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERWORLD COMMUNICATIONS, INC., a California corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>INTERWORLD COMMUNICATIONS, INC., a California corporation,<br><br>    Counterclaimant,<br><br>vs.<br><br>URBAN STIESS, an individual,<br><br>    Counterdefendant. | CASE NO. CV 07-07513 MMM (JWJx)<br><br>JUDGMENT FOR DEFENDANT |

       On December 26, 2008, the court granted defendant Interworld Communications, Inc.'s motion for summary judgment on both claims asserted in plaintiff Urban Stiess's complaint, and declined to exercise jurisdiction to decide Interworld Communication's counterclaims. The action was dismissed

with prejudice. On February 17, 2009, the court granted defendant Interworld Communications, Inc.'s motion for attorneys' fees, and on March 6, 2009, it issued an order awarding defendant $74,890.00 in attorneys' fees. Accordingly,

IT IS ORDERED AND ADJUDGED that defendant recover $74,890.00 in attorneys' fees.

DATED: March 6, 2009

                                                   _/s/ Margaret M. Morrow_
                                                   MARGARET M. MORROW
                                                   UNITED STATES DISTRICT JUDGE